UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|     Plaintiff,                      ) | No. 4:24-CR-10-HEA |
|                                     ) | |
| v.                                  ) | |
|                                     ) | |
| MOHD AZFAR MALIK, M.D., and         ) | |
| ASIM ALI, M.D.,                     ) | |
|                                     ) | |
|     Defendants.                     ) | |

## JOINT STATUS REPORT

COMES NOW the United States of America, Mohd Azfar Malik, M.D. ("Dr. Malik"), and Asim Ali, M.D. ("Dr. Ali"), by and through their undersigned counsel, and, pursuant to the Court's January 30, 2025 Order (ECF No. 110), provide the following status report:

1. On February 3, 2025, the United States presented a reverse proffer to Dr. Malik and his counsel. It also proposed a resolution of this matter to Dr. Malik.

2. Based on discussions to date, the United States and Dr. Malik believe that they will be able to resolve this matter without further litigation.

3. The United States and Dr. Malik are diligently working on the documentation necessary to memorialize the terms the proposed resolution. Although they have reached an agreement in principle, they require additional time to finalize the details of their agreement, particularly because counsel for Dr. Malik is scheduled to begin a criminal jury trial in the Southern District of Florida on March 3, 2025. *United States v. Chocron*, No. 1:24-CR-20155-RAR (filed Apr. 16, 2024).

4.    The parties further anticipate that, to the extent that the case against Dr. Malik will be resolved, the case against Dr. Ali will be resolved as well. The United States and counsel for Dr. Ali are likewise working on documentation to reflect the terms of their anticipated resolution.

5.    The parties believe that they can finalize the terms of their agreements and submit the necessary documentation to the Court no later than March 31, 2025.

6.    Accordingly, the parties anticipate that they will be able to resolve this case without further litigation, and they respectfully request that the Court allow them up to and including March 31, 2025 to finalize their agreements and submit the necessary documentation to the Court. Respectfully submitted,

 /s/ Amy E. Sestric  
Amy E. Sestric, #66219MO  
Assistant U.S. Attorney  
U.S. Attorney's Office  
Eastern District of Missouri  
110 S. 10th St., 20th Floor  
St. Louis, MO 63102  
314-5392200  

 /s/ David Oscar Markus  
David Oscar Markus  
Lauren Krasnoff  
MARKUS/MOSS PLLC  
Penthouse 1  
40 NW Third Street  
Miami, FL 33128  
305-379-6667  

 /s/ Ronald W. Chapman, II  
Ronald W. Chapman, II  
CHAPMAN LAW GROUP  
1441 West Long Lake Rd.  
Ste. 310  
Troy, MI 48098  
248-644-6326